PHILIP G. HUBERT et al., Respondents, *v.* JOHN W. AITKEN, Appellant.

(Argued October 10, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered

upon an order made March 8, 1889, which modified and affirmed, as modified, a judgment in favor of plaintiffs, entered upon the report of a referee.

*Delos McCurdy* for appellant.

*Lemuel B. Skidmore* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.